**Order entered March 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00900-CR
No. 05-13-00901-CR

**JAMES RILEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1140796-S**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on February 25, 2014, is **ORDERED** filed as of the date of this order.

/s/     DAVID L. BRIDGES
JUSTICE